UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JOHN EASOM,  )   Case No: 2:23-cv-01598 (GRB) (AYS)
  )
               Plaintiff,  )
-against-  )
  )
SHARPS TECHNOLOGY INC. and  )
ALAN R. BLACKMAN,  )
  )
               Defendants.  )
-------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## PURSUANT TO RULE 41(a)(1)(A)(ii)

The parties hereby serve notice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii) that the above-captioned matter is dismissed with prejudice.

Dated:  December 5, 2023
       New York, New York

*/s/ Catherine E. Anderson*
Catherine E. Anderson
GISKAN SOLOTAROFF & ANDERSON
90 Broad Street, Second Floor
New York, NY 10004
Tel: (212) 847-8315
*Attorneys for Plaintiff John Easom*

*/s/ Daniel Scott Furst*
Daniel Scott Furst
Sichenzia Ross Ference Carmel LLP
1185 Avenue of the Americas, 31st Floor
New York, New York 10036
Tel: (212) 930-9700
*Attorneys for Defendant Sharps Technology*

SO ORDERED

_____
Honorable Gary R. Brown